UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITIZENS INSURANCE COMPANY OF AMERICA,

                                  Plaintiff,          RULE 7.1 CORPORATE
                                                      DISCLOSURE STATEMENT
    -against-                                OF CITIZENS INSURANCE
                                                      <u>COMPANY OF AMERICA</u>

P.C. CONSULTING MANAGEMENT CORP.,

                                Defendant.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Citizens Insurance Company of America ("Citizens") certifies that Citizens is a wholly owned subsidiary of The Hanover Insurance Company ("Hanover"), that Hanover is a wholly owned subsidiary of Opus Investment Management, Inc. ("Opus"), and that Opus is a wholly owned subsidiary of The Hanover Insurance Group, Inc. whose shares are publicly listed and traded on the New York Stock Exchange in the United States under the symbol "THG".

       No corporation holds more than 10% of the equity interests of The Hanover Insurance Group, Inc.

Dated: Jericho, New York            TORRE, LENTZ, GAMELL, GARY &
       May 23, 2019                        RITTMASTER, LLP
                                              *Attorneys for Plaintiff*

                                              By: <u>*/s/ Steven H. Rittmaster*</u>
                                                   Steven H. Rittmaster
                                                  Brian E. Gunther
                                     100 Jericho Quadrangle, Suite 309
                                     Jericho, New York 11753-2702
                                     Tel. No.: (516) 240-8900

2812147v1