USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
CITIZENS INSURANCE COMPANY OF AMERICA,

                Plaintiff,

     - against -

P.C. CONSULTING MANAGEMENT CORP.,

               Defendant.
- - - - - - - - - - - - - - - - - - -X

19 Civ. 4801 (LLS)

ORDER

    Sufficient cause appearing, the conference scheduled for Friday, March 20, 2020 at 12 noon is adjourned sine die. In lieu of personal appearances, counsel shall, jointly or separately, write the Court (a) stating the present status of the discovery situation described in Mr. Rittmaster's January 23, 2020 letter, (b) the degree to which the schedule set in item (3) of the August 30, 2019 Scheduling Order has been accomplished, (c) defining any remaining difficulties related to discovery and assessing their urgency, (d) setting forth, in brief, the gist of the evidence they expect to present with regard to the merits of the case, and (e) setting forth an agreed proposed schedule for the proceedings between now and trial.

    If it appears to be required, and when circumstances permit, the Court will reschedule the conference with due attention to counsels' convenience.

    So ordered.

Dated: New York, New York
       March 17, 2020

                        Louis L. Stanton
                        LOUIS L. STANTON
                        U.S.D.J.