UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CITIZENS INSURANCE COMPANY OF
AMERICA,

                            Plaintiff,                   19 Civ. 4801 (LLS)

              -against-                     **ORDER**

P.C. CONSULTING MANAGEMENT CORP.,

                            Defendant.
------------------------------------------------------------X

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So Ordered.

Dated: New York, New York
         March 24, 2020

                                                 *Louis L. Stanton*
                                                 LOUIS L. STANTON
                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/24/20